# Court of Appeals
# of the State of Georgia

ATLANTA,  March 30, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1525. JALEEL HOLMES v. THE STATE.**

In 2014, Jaleel Holmes pleaded guilty to robbery, aggravated assault, and obstruction of an officer, and the court sentenced him to ten years, to serve three years, with the remainder on probation. In November 2019, the court revoked Holmes's probation, and he appeals. We lack jurisdiction.

An application for discretionary appeal is required to appeal orders revoking probation. OCGA § 5-6-35 (a) (5); see *Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999) (holding that where the underlying subject matter is probation revocation, the discretionary appeal procedure applies); accord *White v. State*, 233 Ga. App. 873, 874 (505 SE2d 228) (1998). Holmes's failure to follow the required appellate procedure deprives us of jurisdiction. Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  03/30/2020
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.